■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GARCIA, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered on or about August 10, 2005, as amended June 7, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Nardelli, Buckley, Gonzalez and Sweeny, JJ.